### DALEY v. HELLMAN et al.

*(Supreme Court, General Term, Second Department. February 8, 1892.)*

On motion for reargument. For former report, see 16 N. Y. Supp. 689.
Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.
*Seligman & Seligman,* (*Eugene Seligman,* of counsel,) for appellants. *Howard A. Sperry,* for respondent.

DYKMAN, J. There is no reason for a reargument of the appeal from the order in this action. All the questions involved were examined, and nothing was misunderstood or overlooked. The motion should be denied, with $10 costs and disbursements.

PRATT, J., concurs.

BARNARD, P. J., (*dissenting.*) This action is brought under sections 1900 and 1901 of the Code of Civil Procedure. By these sections it is provided that, if a person vexatiousy or maliciously, in the name of another, commences or continues an action or special proceeding in any court, the adverse party shall have an action on his part to recover damages, and treble damages are given. By section 983 of the Code, actions for penalties must be tried in the counties where the offense arose. The offense in this case was committed in the city of New York. The case of *Veeder* v. *Baker,* 83 N. Y. 156, holds that the action is one for a penalty, and that the defendants had an absolute right to have a motion granted for a change of the place of trial. The order should be reversed, with costs and disbursements, and the motion granted, with $10 costs to abide event.

---

### KENT et al., Respondents, v. CHURCH OF ST. MICHAEL, Appellant.

*(Supreme Court, General Term, Second Department. February 8, 1892.)*

Appeal from special term, Dutchess county.
Action by James Kent, Edwin C. Kent, and William Kent, as executors of James Kent, against the Church of St. Michael, for specific performance of a contract to sell land.
Argued before DYKMAN and PRATT, JJ.
*John J. Delany,* for appellant. *Tillotson & Kent,* for respondents.

PRATT, J. We think that *Baker* v. *Lorillard,* 4 N. Y. 266; *Moore* v. *Littel,* 41 N. Y. 82; *Jenkins* v. *Fahey,* 73 N. Y. 355,—support the decision at special term, and determine the cause in favor of the plaintiff. Judgment affirmed, with costs.